# Court of Appeals
# of the State of Georgia

ATLANTA,  May 29, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0391.  IN THE INTEREST OF E. B., A CHILD (MOTHER).**

We dismissed this application on April 23, 2019 because the mother failed to include a copy of her motion for new trial and the juvenile court's order denying her motion for new trial, and we therefore could not determine whether her application for discretionary appeal was timely filed. On motion for reconsideration, the mother has provided file-stamped copies of her motion for new trial and the juvenile court's order denying the motion, indicating that the application was timely filed. Accordingly, we GRANT the mother's motion for reconsideration and VACATE our previous order dismissing the application, which is hereby REINSTATED.

Upon consideration of the merits of the application for discretionary appeal, it is ordered that it be hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  05/29/2019*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*